UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-81162-CIV-MIDDLEBROOKS/JOHNSON
(as consolidated with Case No. 07-81161; 07-81163; 07-81164; and 07-81165)

SECURITIES AND EXCHANGE COMMISSION,
    Plaintiff,
v.
MARK FOGLIA,
WESTERN FINANCIAL SERVICES, INC.,
*et al.*,
    Defendants (consolidated).
_____/

## ORDER DISMISSING WITH PREJUDICE CLAIMS FOR CIVIL MONETARY PENALTIES AGAINST DEFENDANTS REX MORDEN, WILLIAM HAYNES, EFRIM GJONBALAJ, MARK FOGLIA, VIRGIL WILLIAMS, & SEAN SHEEHAN

THIS CAUSE comes before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice (DE 84), filed on July 2, 2009. The Notice states that the SEC dismisses with prejudice its claims for a civil monetary penalty against Defendants Rex Morden, William Haynes, Efrim Gjonbalaj, Mark Foglia, Virgil Williams, and Sean Sheehan.[1]

Upon a review of the Notice, and the Court being fully advised in the matter, it is hereby

**ORDERED AND ADJUDGED** that, pursuant to Plaintiff's Notice of Voluntary Dismissal with Prejudice (DE 84), the SEC's claims for a civil monetary penalty against Defendants Morden, Haynes, Gjonbalaj, Foglia, Williams, and Sheehan are **DISMISSED WITH PREJUDICE**.

The case remains open pending final judgment imposing civil penalties against Defendants Real Asset Management, LLC, Western Financial Services, Inc., Affinity Financial Group, Inc., and Vincent Cammarata, and imposing a specified duration of a penny stock bar against Defendant Morden.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this ___6___ day of July, 2009.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to all counsel and parties of record.

---

[1] There is a separate motion to set penalty amounts against the remaining defendants, Real Asset Management, LLC, Western Financial Services, Inc., Affinity Financial Group, Inc., and Vincent Cammarata, and for a permanent penny stock bar against Rex Morden.